|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| * * * | |

| | |
|---|---|
| BRENDA ARMSTEAD, | Case No. 2:17-cv-02406-APG-GWF |
| Plaintiff, | |
| v. | **ORDER DENYING PETITION FOR DEFAULT JUDGMENT AND DIRECTING CLERK TO SEND IFP APPLICATION** |
| GOVERNOR OF NEVADA, | |
| Defendant. | (ECF No. 4) |

Plaintiff Brenda Armstead filed a document that ranges on topics from the Bay of Pigs to the Manson murders to Terry Schiavo being removed from a feeding tube. ECF No. 1-1. In later documents, Armstead seeks to address international relations, crime, and her own lease at an apartment in California. ECF Nos. 3-6. It is unclear what claims Armstead is bringing or against who. Further, Armstead has not submitted an application to proceed in forma pauperis or paid the filing fee. If Armstead is unable to pay the filing fee in this case, she must complete an application to proceed in forma pauperis under 28 U.S.C. § 1915(a)(1) and Local Special Rule ("LSR") 1-1.

Additionally, as it stands, there is no viable complaint. I therefore will direct Armstead to file a complaint within 30 days of the date of this order. Under Federal Rule of Civil Procedure 8, a complaint must contain "a short and plain statement" of the plaintiff's claims. The complaint must set forth coherently who is being sued, for what relief, and on what theory, with enough detail to guide discovery. *See, e.g., McHenry v. Renne*, 84 F.3d 1172, 1178 (9th Cir. 1995). Armstead is informed that I cannot look to prior pleadings or filings to make her complaint complete. Armstead has filed various documents with the court, but I cannot look to those documents or any other filings when determining whether her complaint has been sufficiently pleaded. Therefore, if there are facts or evidence that Armstead believes relevant to her claims,

rather than referencing other filings, I inform her that she must put those facts directly in the complaint for them to be considered.

IT IS THEREFORE ORDERED that the Clerk of the Court must send plaintiff Armstead the approved form application to proceed in forma pauperis, as well as the document titled "Information and Instructions for Filing an In Forma Pauperis Application."

IT IS FURTHER ORDERED that by October 31, 2017, plaintiff Armstead must either: (1) file a complete application to proceed in forma pauperis in compliance with 28 U.S.C. § 1915(a)(1) and LRS 1-1; or (2) pay the full $400 fee for a civil action, which includes the $350 filing fee and the $50 administrative fee. Plaintiff Armstead is advised that failure to comply with this order may result in her case being dismissed.

IT IS FURTHER ORDERED that plaintiff Armstead's petition for default judgment **(ECF No. 4) is DENIED** without prejudice.

DATED this 29th day of September, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE